JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR JOSE VARGAS-HERNANDEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ET AL.,<br>Respondents. | Case No. 5:26-cv-03574-MBK<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: July 30, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE